# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| IN THE INTEREST OF: T.D.N.T.R., A MINOR | : | No. 33 EAL 2019 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| APPEAL OF: T.D.N.T.R., CHILD | : | the Order of the Superior Court |
| | : | |
| | : | |
| | : | |
| PETITION OF: E.B., FATHER | : | |
| IN THE INTEREST OF: L.M.R., A MINOR | : | No. 34 EAL 2019 |
| | : | |
| | : | |
| APPEAL OF: L.M.R., CHILD | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| PETITION OF: E.B., FATHER | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 5th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**. The Joint Applications for Relief by Participants Department of Human Services and Minor Children, T.D.N.T.R. & L.M.R. are **DENIED AS MOOT**.